# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 3064 Disciplinary Docket No. 3 |
| | : |
| | : 68 DB 2024 |
| Petitioner | : |
| | : Attorney Registration No. 324175 |
| v. | : |
| | : (Dauphin County) |
| ANTHONY DARNELL COX, JR., | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW,** this 26th day of July, 2024, the Joint Petition to Temporarily Suspend an Attorney is granted. Anthony Darnell Cox, Jr., is placed on temporary suspension, *see* Pa.R.D.E. 208(f), and shall comply with the provisions of Pa.R.D.E. 217.